Brandon Bowie #1413790
Hodge Unit
379 F.M. 2972 W
Rusk, TX 75785

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
211 W. FERGUSON ST.
Tyler, TEXAS 75702



